# SCHEDULE A

# SCHEDULE A

## AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved March 23, 2018, as Public Law 115-141, div. F, tit. II, 132 Stat. 348, which appropriated the funds that shall be used for the taking.

# SCHEDULE
# B

## SCHEDULE B

### PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

# SCHEDULE C

## LEGAL DESCRIPTION

Starr County, Texas

Tract: RGV-RGC-4033
Owner: Jose Carlos Saenz *et al*.
Acres: 3.856

**BEING** a 3.856 of one acre (167,975 square feet) parcel of land out of Tracts 189 and 192, Porción 73, and Tracts 300 and 301, Porción 74, Ancient Jurisdiction of Mier, Mexico, now Starr County, Texas, also being out of the Geronimo Saenz Grant, Abstract 165, and the Geronimo Saenz Grant, Abstract 165, and a portion of a called 6.311 acre tract of land described in a plat dated February 18, 1981, to Jose Carlos Saenz, recording information unknown, said 3.856 of one acre parcel being more particularly described by metes and bounds as follows:

**COMMENCING at a point** for reference at a 1/2-inch iron rod found on the common east line of a called 2.877 acre tract of land described in a deed dated January 22, 2017, from Randal Canales et al to Fernando Javier Escobar, recorded in Volume 1500, Page 587, of the Official Records of Starr County, Texas (O.R.S.C.T.), and the west line of said called 6.311 acre tract for a southwesterly corner of said 6.311 acre tract of land, thence as follows:

NORTH 04°55'29" EAST, along said common line, a distance of 44.61 feet to a T-post found for angle point, thence as follows;

NORTH 02°25'42" EAST, continuing along said common line, a distance of 140.57 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-RGC-4032-1=4033-1" set for the **POINT OF BEGINNING** of the parcel described herein, having a coordinate value of N = 16,669,143.092 and E = 821,475.526, said points bears SOUTH 35°29'17" WEST, a distance of 3,332.22 feet from United States Army Corps of Engineers Control Point No. S134, thence as follows;

**THENCE**, NORTH 02°25'42" EAST, continuing along said common line, a distance of 30.06 feet to a wood fence corner post found for an interior corner of the said called 6.311 acre tract and the parcel described herein;

**THENCE**, SOUTH 88°58'32" WEST, along the north line of said called 2.877 acre tract and a southerly line of said called 6.311 acre tract, a distance of 415.07 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-RGC-4032-4=4033-2" set on the common west line of said called 6.311 acre tract, and the east line of a called 0.9889 acre tract of land described in a deed dated December 14, 2005, to Marco Garcia and Anabel Garcia,

recorded in Volume 1075, Page 544, O.R.S.C.T., for the southwest corner of the parcel described herein;

**THENCE**, NORTH 02°12'48" WEST, along said common line, a distance of 29.91 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-RGC-4033-3" set for the northwest corner of the parcel described herein;

**THENCE**, NORTH 67°04'09" EAST, departing said common line, over and across said 6.311 acre tract, a distance of 849.28 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-RGC-4033-4" set for an angle point of the parcel described herein;

**THENCE**, NORTH 75°14'12" EAST, continuing over and across said 6.311 acre tract, a distance of 145.14 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-RGC-4033-5=4035-2" set on the common east line of said called 6.311 acre tract and the west line of a called 5.9919 acre tract of land described in a deed dated January 25, 2001, to Amadeo Moreno, Jr. et al., recorded in Volume 885, Page 370, O.R.S.C.T., for the northeast corner of the parcel described herein;

**THENCE**, SOUTH 15°36'38" EAST, along said common line, a distance of 210.02 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-RGC-4033-6=4035-1" set for the southeast corner of the parcel described herein;

**THENCE**, SOUTH 75°14'12" WEST, departing said common line, over and across said 6.311 acre tract, a distance of 133.25 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-RGC-4033-7" set for an angle point of the parcel described herein;

**THENCE**, SOUTH 67°04'09" WEST, continuing over and across said called 6.311 acre tract, a distance of 472.65 feet to the **POINT OF BEGINNING** and containing 3.856 acres (167,975 square feet) of land.

Note: All bearings and coordinates are based on the Texas State Plane Coordinate System, South Zone (4205), North American Datum 1983 (2011 ADJ; 2010.00 EPOCH). All distances and coordinates are grid and may be converted to surface by multiplying by a combined scale factor of 1.00004.

A plat of same date accompanies this metes and bounds description.

# SCHEDULE D

## SCHEDULE D

## MAP or PLAT

## LAND TO BE CONDEMNED





## SCHEDULE D (continued)



Tract:  RGV-RGC-4033
Owner:  Jose Carlos Saenz *et al*.
Acres:  3.856

# SCHEDULE E

ESTATE TAKEN

Starr County, Texas

Tract:  RGV-RGC-4033
Owner:  Jose Carlos Saenz *et al*.
Acres:  3.856

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Reserving to the owners of land described in part as: Tracts 189 and 192, Porcion 73, and Tracts 300 and 301, Porcion 74, Ancient Jurisdiction of Mier, Mexico, now Starr County, Texas; in part as Geronimo Saenz Grant, Abstract 165, and the Geronimo Saenz Grant, Abstract 165; and also in part as a portion of a called 6.311 acre tract of land described in a plat dated February 18, 1981, to Jose Carlos Saenz (recording information unknown), reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation, and maintenance of the border barrier.

# SCHEDULE E (continued)



Legend

Tracts
ParentTracts

Border Infrastructure
Project
**RGV-07**
RGC-4000-4072

Starr County,
Texas

July 16, 2020

# SCHEDULE F

**SCHEDULE F**

ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is THIRTY-THREE THOUSAND DOLLARS AND NO/100 ($33,000.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **Jose Carlos Saenz**<br><br>Roma, Texas ██ | Warranty Deed;<br>Recorded on 24 November 1970;<br>Document No. 1970-76868<br>Starr County, Texas, Official Deed Records<br><br>Warranty Deed;<br>Recorded on 22 March 1974<br>Document No. 1974-85018<br>Starr County, Texas, Official Deed Records<br><br>Warranty Deed;<br>Recorded on 22 January 1979;<br>Document No. 1979-99151<br>Starr County, Texas, Official Deed Records |
| **Sonya I. Ramsey**<br>██<br>Plano, Texas ██ | Clarification Deed;<br>Recorded on 9 April 1999;<br>Document No. 1999-202488<br>Starr County, Texas, Official Deed Records |
| **Sandra J. Garza**<br>██<br>Garland, Texas ██ | Clarification Deed;<br>Recorded on 9 April 1999;<br>Document No. 1999-202488<br>Starr County, Texas, Official Deed Records |
| **Annabel I. Garza**<br>██<br>Plano, Texas ██ | Clarification Deed;<br>Recorded on 9 April 1999;<br>Document No. 1999-202488<br>Starr County, Texas, Official Deed Records |
| **Narciso Ruben Garza, Jr.** | Probate Records of Jose Adan Garza; |

| | |
|---|---|
| San Antonio, TX ▮ | Cause No. PR-1267, in the County Court of Starr County, Texas<br><br>Warranty Deed;<br>Recorded on 29 November 2016;<br>Document No. 2016-333137<br>Starr County, Texas, Official Deed Records<br><br>Heir of Narciso Ruben Garza |
| **David E. Garza**<br>▮<br>Dallas, TX ▮ | Probate Records of Jose Adan Garza;<br>Cause No. PR-1267, in the County Court of Starr County, Texas<br><br>Warranty Deed;<br>Recorded on 29 November 2016;<br>Document No. 2016-333137<br>Starr County, Texas, Official Deed Records<br><br>Heir of Narciso Ruben Garza |
| **Cynthia de la Garza**<br>▮<br>San Antonio, TX ▮ | Probate Records of Jose Adan Garza;<br>Cause No. PR-1267, in the County Court of Starr County, Texas<br><br>Warranty Deed;<br>Recorded on 29 November 2016;<br>Document No. 2016-333137<br>Starr County, Texas, Official Deed Records<br><br>Heir of Narciso Ruben Garza |
| **Patricia Garza**<br>▮<br>San Antonio, TX ▮ | Probate Records of Jose Adan Garza;<br>Cause No. PR-1267, in the County Court of Starr County, Texas<br><br>Warranty Deed;<br>Recorded on 29 November 2016;<br>Document No. 2016-333137<br>Starr County, Texas, Official Deed Records<br><br>Heir of Narciso Ruben Garza |
| **Marco Antonio Garza**<br>▮ | Probate Records of Jose Adan Garza; |

| | |
|---|---|
| San Antonio, TX ████ | Cause No. PR-1267, in the County Court of Starr County, Texas<br><br>Warranty Deed;<br>Recorded on 29 November 2016;<br>Document No. 2016-333137<br>Starr County, Texas, Official Deed Records<br><br>Heir of Narciso Ruben Garza |
| **Yvonne Marie Garza,**<br>**Executrix for the Estate of**<br>**Eduardo Hector "Bonne" Garza**<br>████<br>San Antonio, TX ████ | Probate Records of Jose Adan Garza; Cause No. PR-1267, in the County Court of Starr County, Texas<br><br>Probate Records of Eduardo Hector "Bonne" Garza; Case No. 2020PC1444 in the Probate Court of Bexar County, Texas |
| **Lauro Antioco Munoz, a/k/a**<br>**Lauro Munoz,**<br>**Executor for the Estate of**<br>**Imelda G. Munoz, a/k/a**<br>**Maria Imelda Munoz**<br>████<br>Austin, Texas ████ | Deed of Gift;<br>Recorded on 23 September 1981;<br>Document No. 1981-109197<br>Starr County, Texas, Official Deed Records<br><br>Deed of Gift;<br>Recorded on 23 September 1981;<br>Document No. 1981-109196<br>Starr County, Texas, Official Deed Records<br><br>Probate Records of Imelda G. Munoz a/k/a Maria Imelda Munoz; Cause No. 457218 in the Probate Court at Law No. 2 in Harris County, Texas |
| **Maria Teresa Escobar**<br>████<br>Roma, TX ████ | Warranty Deed;<br>Recorded on 15 December 1994;<br>Document No. 1994-173700<br>Starr County, Texas, Official Deed Records |
| **Cindy Garcia, Administrator of the**<br>**Estate of Marco A. Garcia, a/k/a**<br>**Marcos Garcia** | Deed Without Warranty;<br>Recorded on 28 December 2005;<br>Document No. 2005-252533 |

| | |
|---|---|
| c/o Don D. Ford, III<br>Ford & Bergner, LLP<br>700 Louisiana St., Fl. 48<br>Houston, Texas 77002 | Starr County, Texas, Official Deed Records |
| **Jennifer Vasquez, Receiver of Anabell G. Garcia, a/k/a Anabel Garcia**<br>409 N. Britton Ave.<br>Rio Grande City, Texas 78582 | Deed Without Warranty;<br>Recorded on 28 December 2005;<br>Document No. 2005-252533<br>Starr County, Texas, Official Deed Records |
| **Ameida Salinas**<br>**Starr County Tax Assessor - Collector**<br>100 N. FM 3167, Suite 201<br>Rio Grande City, Texas 78582-6689 | Property Taxes |